# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTICIA MACALOU, | |
| Plaintiff, | Civil Action No.1:22-cv-10439 |
| FIRST UNUM LIFE INSURANCE COMPANY, MCKINSEY & COMPANY, INC. PLAN, and MCKINSEY & COMPANY, INC., | **ORDER** |
| Defendants. | |

AND NOW, this 16th day of January, 2024, upon consideration of the Motion by defendant First Unum Life Insurance Company to Seal Certain Confidential Portions of the Evidentiary Record Produced pursuant to the Stipulated Confidentiality Agreement and Protective Order of May 31, 2023, and any opposition thereto, IT IS HEREBY ORDERED that said Motion is PROVISIONALLY GRANTED.

IT IS FURTHER ORDERED as follows:

1. The Historical Compensation Review of Unum's Employees found at bates stamp FUL-MS-MACALOU-COURT ORDERED ITEM #1- 000001 – 000009 (ECF 46) shall be filed under seal and such information shall remain confidential and under seal until further order of this Court; and

2. Performance Evaluations for Unum's Employee Dr. Nicholas Kletti found at bates stamp FUL-MS-MACALOU- COURT ORDERED ITEM #2- 000052 – 000063 (ECF 46-1) shall be filed under seal and such information shall remain confidential and under seal until further order of this Court; and

-3-

32253903v.1

-4-

3. Performance Evaluations for Unum's Employee Dr. Peter Brown found at bates stamp FUL-MS-MACALOU-COURT ORDERED ITEM #2- 000122 – 000143, (ECF 46-2) shall be filed under seal and such information shall remain confidential and under seal until further order of this Court.

4. Motion (ECF 45) should be terminated by the Clerk.

BY THE COURT:

Dated: January 16, 2024
New York, NY

P. Kevin Castel
United States District Judge

32253903v.1