UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
ANTICIA MACALOU,                                    :      22-CV-10439 (PKC)
                                                    :
                        Plaintiff,                  :      **FINAL JUDGMENT**
                                                    :
        -against-                                   :
                                                    :
FIRST UNUM LIFE INSURANCE COMPANY,                  :
                                                    :
                                                    :
                        Defendant.                  :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**WHEREAS** the above-captioned action having come before the Honorable P. Kevin Castel pursuant to Fed. R. Civ. P. Rule 52(a), based upon a stipulated administrative record, on November 22, 2024, having rendered its Opinion and Order Findings of Fact and Conclusions of Law ("Opinion and Order") (Doc. 92) determined that "Macalou has met her burden to show that she is disabled under the Policy," it is hereby

**ORDERED, ADJUDGED, AND DECREED** that, for the reasons stated in the Court's Opinion and Order, judgment is hereby entered in favor of the Plaintiff and against Defendant First Unum Life Insurance Company in the amount of $928,954.90 for the monthly Long-Term Disability owed from July 20, 2021 through December 13, 2024; and it is further

**ORDERED, ADJUDGED, and DECREED** that, for the reasons stated in the Court's Opinion and Order, Plaintiff is entitled to attorneys' fees, costs, and prejudgment interest from Defendant First Unum Life Insurance Company in an amount to be determined following submission of Plaintiff's motion for the same, which shall be filed within 21 days from the Entry of Judgment; and it is further

**ORDERED, ADJUDGED, and DECREED** that First Unum Life Insurance Company guarantees release of payments by commencing a wire transfer(s) for the judgment amount within seven (7) days of Entry of Judgment.

SO ORDERED.

Dated: New York, New York
January 6, 2025

P. Kevin Castel
United States District Judge