UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

ANTICIA MACALOU

                            Plaintiff,        22-cv-10439(PKC)

   - against -                **JUDGMENT**

FIRST UNUM LIFE INSURANCE COMPANY,

                            Defendant.
----------------------------------x

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated August 27, 2025; the Court awards Plaintiff Anticia Macalou $230,083.65 in attorneys' fees; $6,660.29 in costs; and $139,497.54 in prejudgment interest, for a total of $376,241.48.

Dated: New York, New York
        October 9, 2025

                                                        P. KEVIN CASTEL
                                                        UNITED STATES DISTRICT JUDGE